# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSTY WAYNE SAMPLE,<br><br>    Plaintiff,<br><br>    v.<br><br>CORIZON HEALTH,<br><br>    Defendant.<br>_____/ | Case No. 1:15-cv-00164-SKO (PC)<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br><br>(Docs. 1 and 7)<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G) |

    Plaintiff Rusty Wayne Sample, a former prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 27, 2015.[1] On October 28, 2015, the Court dismissed Plaintiff's complaint for failure to state a claim under section 1983 and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). More than thirty days have since passed, and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

    Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983. This dismissal is subject to the "three-strikes" provision

///

---

[1] Plaintiff was in jail when he filed suit.

set forth in 28 U.S.C. § 1915(g).  *Coleman v. Tollefson*, __ U.S. __, __, 125 S.Ct. 1759, 1765 (2015).

IT IS SO ORDERED.

| Dated: **December 24, 2015** | **/s/ Sheila K. Oberto** |
|---|---|
| | UNITED STATES MAGISTRATE JUDGE |